SEYFARTH SHAW LLP
Jennifer R. Brooks (SBN 14480)
jrbrooks@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA ELAINE SCHUHART,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, and LENDMARK FINANCIAL SERVICES, LLC f/k/a LENDMARK FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No.: 2:26-cv-03126-GMN-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, Defendant Equifax Information Services LLC files this unopposed motion for an extension of time to answer, move or otherwise respond to the Complaint in this action from October 27, 2026 through and including November 17, 2026. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Dated: October 27, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Jennifer R. Brooks*

Jennifer R. Brooks, Bar No. 14480
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730

*Counsel for Defendant*
*Equifax Information Services LLC*

Dated: October 27, 2026

Agreed & Consented to:

HERNANDEZ & MASSI

By: */s/ Kevin L. Hernandez*

Kevin L. Hernandez, Bar No. 12594
kevin@hernandezandmassi.com
HERNANDEZ & MASSI
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
Telephone: (702) 563-4450

*Counsel for Plaintiff*
*Gloria Elaine Schuhart*

IT IS SO ORDERED:

United States Magistrate Judge

DATED: October 28, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, I presented the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER – FIRST REQUEST with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jennifer R. Brooks*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*